<table>
<tr>
<td>UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Timothy P. Neumann, Esq. [TN6429]<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>(732) 223-8484<br>Attorneys for Michael J. Wright Construction Co., Inc.</td>
<td>RECEIVED<br>JUL 14 2008<br>AT 8:30____M<br>WILLIAM T. WALSH<br>CLERK</td>
</tr>
<tr>
<td>MICHAEL J. WRIGHT CONSTRUCTION CO., INC.,<br><br>Appellant<br><br>Vs.<br><br>KARA HOMES INC. and KARA AT GLEN EYRE LLC<br><br>Appellee</td>
<td>CIVIL CASE NO. 3-07CV-5030<br><br>ON APPEAL FROM:<br><br>United States Bankruptcy Court for the District of New Jersey<br>Adv. Pro. No. 07-1069<br>Decision on August 29, 2007<br>Order Entered: September 12, 2007</td>
</tr>
<tr>
<td>MICHAEL J. WRIGHT CONSTRUCTION CO., INC.,<br><br>Appellant<br><br>Vs.<br><br>KARA HOMES INC. and KARA AT HAWKINS RIDGE, LLC<br><br>Appellee</td>
<td>CIVIL CASE NO. 3-07CV-5027<br><br>ON APPEAL FROM:<br><br>United States Bankruptcy Court for the District of New Jersey<br>Adv. Pro. No. 07-1057<br>Decision on August 29, 2007<br>Order Entered: September 12, 2007</td>
</tr>
</table>

| | |
|---|---|
| MICHAEL J. WRIGHT CONSTRUCTION CO., INC.,<br><br>Appellant<br><br>Vs.<br><br>KARA HOMES INC. and KARA AT NAVASINK, LLC<br><br>Appellee | CIVIL CASE NO. 3-07CV-5028<br><br>ON APPEAL FROM:<br><br>United States Bankruptcy Court for the District of New Jersey<br>Adv. Pro. No. **07-1057**<br>Decision on August 29, 2007<br>Order Entered: September 12, 2007 |
| MICHAEL J. WRIGHT CONSTRUCTION CO., INC.,<br><br>Appellant<br><br>Vs.<br><br>KARA HOMES INC. and COUNTRY CLUB ESTATES BY KARA, LLC<br><br>Appellee | CIVIL CASE NO. 3-08CV3383<br><br>ON APPEAL FROM:<br><br>United States Bankruptcy Court for the District of New Jersey<br>Adv. Pro. No. **07-1059**<br>Decision on April 14, 2008<br>Order Entered: April 24, 2008 |
| MICHAEL J. WRIGHT CONSTRUCTION CO., INC.,<br><br>Appellant<br><br>Vs.<br><br>KARA HOMES INC. and WINDING RUN ESTATES BY KARA, LLC<br><br>Appellee | CIVIL CASE NO. 3-08CV3384<br><br>ON APPEAL FROM:<br><br>United States Bankruptcy Court for the District of New Jersey<br>Adv. Pro. No. **07-1063**<br>Decision on April 14, 2008<br>Order Entered: April 24, 2008 |

| | |
|---|---|
| MICHAEL J. WRIGHT CONSTRUCTION CO., INC.,<br><br>Appellant<br><br>Vs.<br><br>KARA HOMES INC. and HORIZONS AT WOODLAKE GREENS, LLC<br><br>Appellee | CIVIL CASE NO. 3-08CV3386<br><br>ON APPEAL FROM:<br><br>United States Bankruptcy Court for the District of New Jersey<br>Adv. Pro. No. **07-1070**<br>Decision on April 14, 2008<br>Order Entered: April 24, 2008 |
| MICHAEL J. WRIGHT CONSTRUCTION CO., INC.,<br><br>Appellant<br><br>Vs.<br><br>KARA HOMES INC. and BERGEN MILLS ESTATES, LLC<br><br>Appellee | CIVIL CASE NO. 3-08CV3391<br><br>ON APPEAL FROM:<br><br>United States Bankruptcy Court for the District of New Jersey<br>Adv. Pro. No. **07-1071**<br>Decision on April 14, 2008<br>Order Entered: April 24, 2008 |

**ORDER DIRECTING CONSOLIDATION OF RELATED CASES PENDING IN THE SAME COURT**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

[signature] 7/14/08

---

Upon the motion/application of Michael J. Wright Construction Co., Inc., Appellant in the above captioned matter for an order ~~pursuant to Rule _______ of the Federal Rules of Civil Procedure~~, directing the consolidation of the following cases for procedural purposes only,

1. **Michael J. Wright Construction Co., Inc, Appellant vs. Kara Homes, Inc. and Kara at Glen Eyre, LLC, Appellee 3-07cv-5030**
2. **Michael J. Wright Construction Co., Inc., Appellant vs. Kara Homes Inc. and Kara at Hawkins Ridge, LLC, Appellee, 3-07cv-5027**
3. **Michael J. Wright Construction Co., Inc, Appellant vs. Kara Homes, Inc. and Kara at Navesink, LLC, Appellee #3-07cv-5028**
4. **Michael J. Wright Construction Co., Inc, Appellant vs. Kara Homes, Inc. and Bergen Mills Estates, LLC, Appellee #3-08-3383**
5. **Michael J. Wright Construction Co., Inc, Appellant vs. Kara Homes, Inc. and Horizons at Woodlake Greens, LLC, Appellee #3-08-3384**
6. **Michael J. Wright Construction Co., Inc, Appellant vs. Kara Homes, Inc. and Winding Run Estates by Kara, LLC, Appellee, #3-08-3386**
7. **Michael J. Wright Construction Co., Inc, Appellant vs. Kara Homes, Inc. and Country Club Estate by Kara, LLC, Appellee #3-08-3391**

and for good cause shown, it is

ORDERED that the cases listed above shall be consolidated by the court as they have the same common issues, and it is

further

ORDERED that case number **3-07cv-5027** shall be designated as the lead case, and it is further

ORDERED that nothing contained in this order or in the motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above captioned matters, and it is further

Docket No: **3-07cv-5027, 3-07-~~028~~ 5028, 3-07cv-5030, 3-08-3383, 3-08-3384, 3-08-3386, 3-08-3391,**
Caption of Order: Order Directing Consolidation of Related Cases

ORDERED that this Order shall be filed in each of the above listed matters.

So ordered.

[signature]

7/14/08